**Guerry GREEN, Plaintiff–Appellant,**

v.

**SNAVELY FOREST PRODUCTS CO., Defendant–Appellee.**

No. 2006–1567.

United States Court of Appeals, Federal Circuit.

May 3, 2007.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and LINN, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.*  *See* Fed. Cir. R. 36.

**Linda ROSENBERG, Plaintiff–Appellant**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–5123.

United States Court of Appeals, Federal Circuit.

May 8, 2007.

Rehearing and Rehearing En Banc Denied July 25, 2007.

Before MICHEL, Chief Judge, MAYER and GAJARSA, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

AFFIRMED.  *See* Fed. Cir. R. 36.